**Dennis J. ROBERTS II et al.**

v.

**COMMUNICATIONS INVESTMENT CLUB OF WOONSOCKET.**

No. 79–294–A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Dennis J. Roberts II, Atty. Gen., Joshua Teverow, Special Asst. Atty. Gen., for plaintiffs.

Stone, Clifton & Clifton, Walter R. Stone, Providence, for defendant.

## ORDER

The defendant's motion to dismiss plaintiffs' cross-appeal as prayed is denied.

DORIS, J., did not participate.

**STATE**

v.

**Alfred BISHOP.**

No. 77–453–C.A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

John F. Cicilline, Providence, for defendant.

## ORDER

The Director of the Department of Corrections is ordered to continue defendant's confinement at a facility within the State of Rhode Island until December 16, 1979.

DORIS, J., did not participate.

**STATE**

v.

**Sidney A. CLARK.**

No. 76–440–C.A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Dennis J. Roberts II, Atty. Gen., Barry N. Capalbo, Thomas H. Caruolo, Special Asst. Attys. Gen., for plaintiff.

William F. Reilly, Public Defender, for defendant.

## ORDER

The defendant's motion to supplement the record or in the alternative for limited remand is denied.

DORIS, J., did not participate.